IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE CLINTON, et al.,

    Plaintiffs,

v.                                          CASE NO. 4:99cv242-RH

ARMEN BOLADIAN, et al.,

    Defendants.

_____/

### ORDER TO SHOW CAUSE

Plaintiffs filed this action on June 21, 1999. The record reflects no return of service and no other activity. Accordingly,

IT IS ORDERED:

Plaintiffs shall show cause, if any they have, by not later than October 22, 1999, why this action should not be dismissed without prejudice for failure to serve process

ENTERED ON DOCKET 9/22 BY /H/
[Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP]
Copies mailed to: Adams

- 3 -

within the time provided by Federal Rule of Civil Procedure 4(m).

SO ORDERED this 22d day of September, 1999.

*Robert Hinkle*
Robert L. Hinkle
United States District Judge