UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

GEORGE CLINTON, an individual and )
MALBIZ MUSIC, a Delaware corporation, )
)
)
Plaintiffs, )
) CASE No. 499CV242-RH
)
)
ARMEN BOLADIAN, an individual and )
BRIDGEPORT MUSIC, INC., a Michigan )
corporation, and DOES 1 through 10 inclusive, )
)
)
)
_____)


BRIDGEPORT MUSIC, INC., a Michigan corporation,
ARMEN BOLADIAN, an individual, SOUTHFIELD
MUSIC, INC., a Michigan corporation, NINE RECORDS
INC., a Michigan corporation and WESTBOUND RECORDS, INC.,
A Michigan corporation,


Counter claimants,

vs.

GEORGE CLINTON, STEPHANIE CLINTON,
THE DOG IN ME, INC., a Florida corporation,
and WHAT PRODUCTION COMPANY, INC.,
A Florida corporation,

Counter-Defendants.

— 40 —

## COUNTER-DEFENDANTS ANSWER TO COUNTERCLAIM

Counter-Defendants George Clinton, Stephanie Clinton, The Dog In Me, Inc. And What Production Company, Inc., in answer to Defendants/Counter claimants's Counterclaim, state as follows:

1. Admitted

2. Counter-Defendants lack sufficient information, knowledge and belief to form an answer and therefore deny.

3. Counter-Defendants lack sufficient information, knowledge and belief to form an answer and therefore deny.

4. Counter-Defendants lack sufficient information, knowledge and belief to form an answer and therefore deny.

5. Counter-Defendants lack sufficient information, knowledge and belief to form an answer and therefore deny.

6. Admitted.

7. Admitted

8. The answers to paragraphs 1 through 7 are restated.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. The answers to paragraphs 1 through 7 are restated.

14. Admitted in part and denied in part, depending on to which certain musical compositions are being referred.

15. Denied.

16. Denied.

17. Denied.

18. Counter-Defendants restate answers to paragraphs 1 through 16.

19. Denied.

20. Denied.

21. Counter-Defendants restate answers to paragraphs 1 through 7.

22. Denied.

23. Denied.

24. Admitted that no funds were paid but deny any obligation to repay any funds to Boladian.

25. Counter-Defendants restate answers to paragraph 1 through 23.

26. Denied.

27. Denied.

29. Counter-Defendants restate answers to paragraphs 1 through 27.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Counter-Defendants restate answers to paragraphs 1 through 29.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Counter-Defendants restate answers to paragraphs 1 through 7.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied

48. Denied.

49. Counter-Defendants restate their answers to paragraphs 1 through 7.

50. Denied.

51. Denied as to Egmitt, Inc. Being under the control of George Clinton. Counter-Defendants lack sufficient knowledge and information as to Boladian's status with Nine Records.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Counter-Defendants restate their answers to paragraphs 1 through 54.

59. Denied.

60. Admitted.

61. Denied.

62. Counter-Defendants restate their answers to paragraphs 1 through 7.

63. Admitted.

64. Admitted.

65. Admitted except that the assignment may not have been subsequent to the initial garnishment of Boladian. Exact timing is unknown to Counter-Defendants.

66. Denied.

67. Admitted.

68. Denied.

69. Denied.

70. Counter-Defendants restate their answers to paragraphs 1 through 7.

71. Denied.

### FIRST AFFIRMATIVE DEFENSE
(to Counts I, IX, X, XI and XII of Counter Claim)

72. Counterclaimant fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
(to all Counts in the Counter Claim)

72. Counterclaimants have breached the various alleged agreements and are not entitled to relief by virtue of Counterclaimants' unclean hands.

### THIRD AFFIRMATIVE DEFENSE
(to all Counts un the Counter Claim)

73. Counterclaimants' claims are barred by the Statute of Limitations

### FOURTH AFFIRMATIVE DEFENSE
(to all Counts in the Counter Claim)

74. Counterclaimants' claims are barred by the doctrine of waiver.

WHEREFORE, Counter-Defendants pray as follows:

1. That Counter claimants' counterclaim be dismissed in its entirety with prejudice and that Counter claimants take nothing;

2. That Counter-Defendants be awarded costs in connection with this suit, including, without limitation, reasonable attorneys' fees; and

3. That Counter-Defendants be awarded such other remedies and relief as the Court deems appropriate.

Respectfully submitted,

By _____
Donald K. Wilson, Jr., Esq.
THE LAW OFFICES OF JOHNNIE L. COCHRAN, JR.
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
(323) 931-6200
Attorneys for PLAINTIFFS/COUNTER-DEFENDANTS
GEORGE CLINTON; MALBIZ MUSIC and
STEPHANIE CLINTON, WHAT PRODUCTION
COMPANY, INC. And THE DOG IN ME, INC.

Dated: March 31, 2000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Counter-Defendants' Answer to the Counterclaim, has been furnished by United States Mail, this 6th day of April, 2000, to:

Joseph P. Della Maria, Esq.
ROTHSCHILD, BARRY & MYERS
55 West Monroe Street, Suite 3900
Chicago, Illinois  60603

Lorence Jon Bielby, Esq.
GREENBERG & TRAURIG
101 East College Avenue
Tallahassee, FL  32301

David W. Adams, Esq.
MACFARLANE FERGUSON & McMULLEN
400 North Tampa Street, Suite 2300
Tampa, FL  33602

_____
DONALD K. WILSON, JR.