IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE CLINTON, et al.,

    Plaintiffs,

v.                                    CASE NO. 4:99cv242-RH

ARMEN BOLADIAN, et al.,

    Defendants.

_____/

**ORDER SETTING PROCEDURES FOR TRIAL ON COUNTERCLAIM AND
DIRECTING ENTRY OF JUDGMENT DISMISSING COMPLAINT**

Following a bench trial on the issue of liability on the complaint of plaintiff Malbiz Music, Inc. on January 29, 2001, it was determined, based on findings of fact and conclusions of law set forth on the record, that Malbiz was not entitled to recover in this action. Based on those findings of fact and conclusions of law, together with the earlier granting of summary judgment against plaintiff

George Clinton as confirmed in the Pretrial Order of September 19, 2000, judgment now should be entered dismissing all plaintiffs' claims. I hereby expressly determine that there is no just reason for delay and expressly direct the clerk to enter judgment as set forth in this order.

For these reasons,

IT IS ORDERED:

1. The clerk shall enter judgment stating, "Pursuant to Federal Rule of Civil Procedure 54(b), all claims of plaintiffs are dismissed with prejudice."

2. The counterclaim remains pending and remains scheduled for non-jury trial during the two-week trial period beginning Tuesday, February 20, 2001. By not later than February 8, 2001, the parties shall <u>file</u> a joint report (a) setting forth the estimated length of the trial and (b) listing any days within the trial period for which there exists any scheduling conflict. The joint report may be signed by attorneys for both sides or by the attorney for one side with the consent of the attorney for the other

side. A date certain for trial within the trial period will be determined after filing of the joint report.

SO ORDERED this 30th day of January, 2001.

_/s/ Robert Hinkle_
Robert L. Hinkle
United States District Judge