UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE CLINTON, et al.,

VS                                      CASE NO. 4:99CV242-RH

ARMEN BOLADIAN, et al.,

## JUDGMENT

This action came before the Court for consideration with the Honorable Robert L. Hinkle presiding. The issues have been considered and a decision has been rendered. Pursuant to Federal Rule of Civil Procedure 54(b), all claims of plaintiffs are dismissed with prejudice.

ROBERT A. MOSSING, CLERK

January 30, 2001
DATE

Deputy Clerk: Pamela L. Lourcey

Entered On Docket: 1/30  By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: Adam Stewart, Wilson Richard, Bickley, Freeman, Occamica, Sul

Document No.

U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

01 JAN 30  PM 2: 50

FILED

67