UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

GEORGE CLINTON, et al.

    Plaintiffs,

vs.                                        Case No. 499CV242-RH

ARMEN BOLADIAN, et al.,

    Defendants.

---

## STIPULATED VOLUNTARY DISMISSAL OF COUNTERCLAIM WITHOUT PREJUDICE

The parties hereto stipulate as follows:

1. The Counterclaim is voluntarily dismissed without prejudice to the right of the counterclaimants to re-file the counterclaim in the future.

2. Plaintiffs waive any defenses to such re-filing of the counterclaim that they might otherwise have based upon this voluntary dismissal.

**GREENBERG TRAURIG, P.A.**
Bar No. 0105599
101 East College Avenue
Tallahassee, Florida 32301
(850) 222 6891

_____
**BARRY RICHARD**
Counsel for Counter-Claimants

**MACFARLANE, FERGUSON**
Bar No. 248355
2300 Park Tower
400 North Tampa Street
Tampa, Florida 33602
(813) 273-4200

_____
**CAROLYN HOUSE-STEWART**
Counsel for Counter-Defendants

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

01 FEB 23 PM 4: 24

FILED

**Of Counsel:**

Joseph P. Della Maria, Esq.
Robin Korman Powers, Esq.
John D. Silk, Esq.
**ROTHSCHILD, BARRY & MYERS**
55 West Monroe Street, Suite 3900
Chicago, Illinois 60603
(312) 372-2345

Edward C. Wallace, Esq.
**GREENBERG, TRAURIG**
The Met Life Building
200 Park Avenue
New York, New York 10166
(212) 801-9200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail/Hand-Delivery/Telecopy to David W. Adams, 400 North Tampa Street, Suite 2300, Tampa, Florida 33602, and Donald K. Wilson, Jr., 4929 Wilshire Blvd., Suite 1010, Los Angeles, California 90010, this 23rd day of February, 2001.

_____
BARRY RICHARD

\RICHARDB\200661v01\4@TX01!.DOC\2/23/01

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

GEORGE CLINTON, et al.

    Plaintiffs,

vs.                             Case No. 499CV242-RH

ARMEN BOLADIAN, et al.,

    Defendants.

---

**STIPULATED VOLUNTARY DISMISSAL OF COUNTERCLAIM WITHOUT PREJUDICE**

The parties hereto stipulate as follows:

1. The Counterclaim is voluntarily dismissed without prejudice to the right of the counterclaimants to re-file the counterclaim in the future.

2. Plaintiffs waive any defenses to such re-filing of the counterclaim that they might otherwise have based upon this voluntary dismissal.

GREENBERG TRAURIG, P.A.
Bar No. 0105599
101 East College Avenue
Tallahassee, Florida 32301
(850) 222 6891

_____
BARRY RICHARD
Counsel for Counter-Claimants

MACFARLANE, FERGUSON
Bar No. 248355
2300 Park Tower
400 North Tampa Street
Tampa, Florida 33602
(813) 273-4200

_____
CAROLYN HOUSE-STEWART
Counsel for Counter-Defendants

**Of Counsel:**

Joseph P. Della Maria, Esq.
Robin Korman Powers, Esq.
John D. Silk, Esq.
**ROTHSCHILD, BARRY & MYERS**
55 West Monroe Street, Suite 3900
Chicago, Illinois 60603
(312) 372-2345

Edward C. Wallace, Esq.
**GREENBERG, TRAURIG**
The Met Life Building
200 Park Avenue
New York, New York 10166
(212) 801-9200

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail/Hand-Delivery/Telecopy to David W. Adams, 400 North Tampa Street, Suite 2300, Tampa, Florida 33602, and Donald K. Wilson, Jr., 4929 Wilshire Blvd., Suite 1010, Los Angeles, California 90010, this _____ day of _____ , 2001.

_____
**BARRY RICHARD**

\RICHARDB\200661v01\4@TX01!.DOC\2/23/01