IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE CLINTON, et al.,

    Plaintiffs,

v.                              CASE NO. 4:99cv242-RH

ARMEN BOLADIAN, et al.,

    Defendants.

_____/

## ORDER FOR ENTRY OF JUDGMENT ON COUNTERCLAIM

This matter is before the court on the parties' Stipulated Voluntary Dismissal of Counterclaim Without Prejudice (document 76). Judgment was previously entered dismissing plaintiffs' complaint with prejudice. Pursuant to the parties' stipulation,

    IT IS ORDERED:

    The clerk shall enter judgment stating, "Defendants'

- 77 -

counterclaim is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)." The clerk shall close the file.

SO ORDERED this 26th day of February, 2001.

/s/ Robert L. Hinkle
Robert L. Hinkle
United States District Judge