UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE CLINTON, et al.,

VS

CASE NO. 4:99CV242-RH

ARMEN BOLADIAN, et al.,

## JUDGMENT

This action came before the Court for consideration with the Honorable Robert L. Hinkle presiding. The issues have been considered and a decision has been rendered. Defendants' counterclaim is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41 (a).

ROBERT A. MOSSING, CLERK

February 26, 2001
DATE

Deputy Clerk: Pamela L. Lourcey

Entered On Docket: 2/26  By: /s/
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: Adams, Silk, Stewart, Wilson, Richard Bielby, Karman, Della Maria

Document No. 78

01 FEB 26 AM 11: 20

U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE FLA.

FILED