*U.S. COURT OF APPEALS RECEIVED ATLANTA, GA JAN 02 2002*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

MALBIZ MUSIC, et al.,

VS

USDC NO. 4:99cv242-RH/WCS
USCA NO. NEW CASE

ARMEN BOLADIAN, et al.,

**02-10015C**

**TRANSMITTAL OF NOTICE OF APPEAL**

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice. 01-11020-H
The appellate docket fee paid. Date paid: 12/21/01
Judge/Magistrate Judge appealed from: Robert L. Hinkle

Please acknowledge receipt on the enclosed copy of this transmittal to: TALLAHASSEE DIVISION

ROBERT A. MOSSING,
CLERK OF COURT

By: Katherine M. Bono
Deputy Clerk
111 North Adams Street
Tallahassee, Florida 32301

December 27, 2001

Entered on Docket: _____ by _____

Document No.

-103-