# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

April 15, 2002

MEMORANDUM TO COUNSEL OR PARTIES

RE: 02-10015-CC     George Clinton v. Armen Boladian
DC DKT NO.: 99-00242 CV-RH-WCS

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jenifer Tubbs (404) 335-6172

U.S. DISTRICT CT
NORTHERN DIST.
TALLAHASSEE, FLA.

02 APR 17 PM 1:32

FILED

- 114 -

MOT-2 (2-2002)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 02-10015-CC

MALBIZ MUSIC,
a Delaware Corporation,

                                      Plaintiff-Appellant,

versus

ARMEN BOLADIAN,
BRIDGEPORT MUSIC INC,
a Michigan Corporation,

                                      Defendants,
                                      Counter-Claimants-
                                      Appellees,

DOES 1 THROUGH 10,

                                      Defendant-Appellee.

---

On Appeal from the United States District Court for the
Northern District of Florida

---

BEFORE: EDMONDSON, BLACK and MARCUS, Circuit Judges.

BY THE COURT:

    Appellees' motion to strike portion of Appellant's brief and to impose sanctions is CARRIED WITH THE CASE.

    Appellant's motion to strike a sentence contained on page 3 of its Memorandum of Law in Support of Motion to Set Aside Judgment Pursuant to Rule 60(b)(3), contained in Appellant's Record Excerpts, is DENIED.

    Appellant is directed to file within fourteen (14) days of



the date of this Order an addendum containing an updated District Court docket sheet, as well as documents listed as district court docket entries nos. 97, 101, 102, 106.

This Court sua sponte supplements the record on appeal with these documents, listed as docket entries 97, 101, 102, 106. The District Court Clerk is directed to prepare a Supplemental Certificate of Readiness and to forward it to this Court as soon as possible.