# United States Court of Appeals
For the Eleventh Circuit

No. 02-10015

District Court Docket No.
99-00242-CV-RH-WCS

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Nov 15, 2002
THOMAS K. KAHN
CLERK

GEORGE CLINTON,

> Plaintiff,
> Counter-Defendant,

MALBIZ MUSIC,
a Delaware Corporation,

> Plaintiff-Appellant,

versus

ARMEN BOLADIAN,
BRIDGEPORT MUSIC INC,
a Michigan Corporation,

> Defendants,
> Counter-Claimants-
> Appellees,

DOES 1 THROUGH 10,

> Defendant-Appellee,

STEPHANIE CLINTON,
THE DOG IN ME INC,
WHAT PRODUCTION COMPANY INC,

> Counter-Defendants.

---
Appeal from the United States District Court
for the Northern District of Florida
---

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By [signature]
Deputy Clerk
Atlanta, Georgia

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

FILED

           Entered:  November 15, 2002
For the Court:  Thomas K. Kahn, Clerk
               By:  Meoli, Anthony



ISSUED AS MANDATE
DEC 1 6 2002
U.S. COURT OF APPEALS
ATLANTA, GA.